1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

              Petitioner,

    v.

TONY SHAVER.

              Respondent.

No. C11-5696 RJB

ORDER ADOPTING A REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, dated September 27, 2011. Dkt. 3. The Magistrate Judge recommends that this successive habeas corpus petition be transferred to the Ninth Circuit Court of Appeals. No objections have been filed.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and **ORDER**:

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

1.  The Court adopts the Report and Recommendation;

2.  This Petition is transferred to the Ninth Circuit as second or successive as it appears to challenge the same conviction and sentence as a prior habeas corpus petition, C04-5785 FDB.

3.  The Clerk's office is directed to transfer this petition to the Ninth Circuit and administratively close the file.

DATED this 31st day of October, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2